# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 4, 2022

## NO. 03-20-00377-CV

**HMIH Cedar Crest, LLC d/b/a Cedar Crest Hospital & RTC, Appellant**

**v.**

**Christina Buentello, Individually and As Next Friend of D.B.J., a Minor, Appellee**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE
DISSENTING OPINION BY JUSTICE BAKER**

This is an appeal from the order signed by the trial court on June 25, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.